**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON MARCUS HALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. CANNON, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01803-AB (E)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made.

　　　　The Report and Recommendation ("Report") recommends dismissal of this action without prejudice because Plaintiff failed to file a Second Amended Complaint. (Dkt. No. 33.) Plaintiff's objections to the Report (Dkt. No. 35) do not merit any change to the Report's findings or recommendations.

　　　　Plaintiff objects to "the lack of diligence and disregard of his 14th Amendment privilege to [full] equality, to a fair and public hearing by an independent and [impartial] tribunal, in the determination of his rights and

1  obligations. . . ." (Dkt. No. 35 at 1.)  "Furthermore, Plaintiff [objects] that due to
2  our current state of [civil] war and constitutional threat, the integrity and
3  impartiality of the entire United States and America['s] judiciary [is]
4  compromised." (*Id.*)  These objections are not responsive to the Report.  As the
5  Report found, Plaintiff twice was granted leave to file a Second Amended
6  Complaint, but he failed to do so.  (Dkt. No. 33 at 2; *see also* Dkt. Nos. 14, 27.)
7  The First Amended Complaint was defective because it failed to state a claim
8  against the County of San Bernardino or its Sheriff relating to Plaintiff's slip-and-
9  fall accident at the jail.  (Dkt. No. 10.)  Thus, dismissal without prejudice is
10 appropriate.  In particular, any less drastic alternative would not be effective under
11 the circumstances of this case.  (Dkt. No. 33 at 2.)

   The Court accepts and adopts the Magistrate Judge's Report and
Recommendation.

   IT IS ORDERED that Judgment shall be entered dismissing the action
without prejudice.

   IT IS FURTHER ORERED that the Clerk serve forthwith copies of this
Order and the Judgment of this date on Plaintiff.

DATED: August 14, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE