JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARCUS HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. CANNON, ET AL.,<br><br>　　　　Defendants. | No. ED CV 24-1803-AB(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 14, 2025.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE